# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 21-49270 MAR

**Case Name:** BLUE WATER CENTER FOR INDEPENDENT LIVING, INC.

**For Period Ending:** 09/30/2022

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 11/30/2021 (f)

**§ 341(a) Meeting Date:** 01/06/2022

**Claims Bar Date:** 04/11/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BUSINESS CHECKING ACCOUNT AT CHASE CHECKING ACCOUNTING, XXXXXX7118 | 100,662.74 | 100,662.74 | | 100,587.74 | FA |
| 2 | BUSINESS CHECKING ACCOUNT AT TCF CHECKING ACCOUANT, XXXXXX8999<br>p/o 01/05/22 | 9,174.92 | 9,174.92 | | 9,174.92 | FA |
| 3 | A/R ORITY THROUGH CRF A PROGRAM. FACE AMOUNT = $214,073.54. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00. | 214,073.54 | 0.00 | | 0.00 | FA |
| 4 | A/R SING DEVELOPMENT ORITY THROUGH ESGA. FACE AMOUNT = $51,884.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00. | 51,884.00 | 0.00 | | 0.00 | FA |
| 5 | A/R ORITY THROUGH ESGA CARES. FACE AMOUNT = $33,155.00. DOUBTFUL/UNCOLLECTIBLE ACCOUNTS = $0.00. | 33,155.00 | 0.00 | | 0.00 | FA |
| 6 | SANDUSKY LOACATION: DESKS, FILE CABINETS, CHAIRS, TABLES, BOOK CASES, LAMPS, STAPLERS, TELEPHONES, CLOCKS, COMPUTRERS, MONITORS, FAX MACHINE, MICROWAVE, AND FRIDGE..<br>abandoned per Notice dated 12/23/21 [docket #18] CNR docket #31 | Unknown | 0.00 | OA | 0.00 | FA |
| 7 | LAPEER LOCATION:DESKS, FILE CABINETS, CHAIRS, TABLES, BOOK CASES, LAMPS, STAPLERS, TELEPHONES, CLOCKS, COMPUTRERS, MONITORS, FAX MACHINE, MICROWAVE, AND FRIDGE..<br>abandoned per Notice dated 12/23/21 [docket #18] CNR docket #31 | Unknown | 0.00 | OA | 0.00 | FA |
| 8 | PORT HURON LOACATION: SANDUSKY LOACATION: DESKS, FILE CABINETS, CHAIRS, TABLES, BOOK CASES, LAMPS, STAPLERS, TELEPHONES, CLOCKS, COMPUTRERS, MONITORS, FAX MACHINE, MICROWAVE, AND FRIDGE..<br>abandoned per Notice dated 12/23/21 [docket #18] CNR docket #31 | Unknown | 0.00 | OA | 0.00 | FA |
| 9 | LEASE OF PREMISES KNOWN AS SUITE 1500 INSIDE 1184 CLEAVER RD, CARO MI 48723 LEASE | 1.00 | 0.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 21-49270 MAR

**Case Name:** BLUE WATER CENTER FOR INDEPENDENT LIVING, INC.

**For Period Ending:** 09/30/2022

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 11/30/2021 (f)

**§ 341(a) Meeting Date:** 01/06/2022

**Claims Bar Date:** 04/11/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 10 | LEASE OF PREMISES KNOWN AS 550 LAKE DRIVE, LAPEER, MI 48446, LEASE | 1.00 | 0.00 | | 0.00 | FA |
| 11 | BWCIL.ORG. internet domain name | 0.00 | 0.00 | | 0.00 | FA |
| 12 | DNOTT.ORG. internet domain name | 0.00 | 0.00 | | 0.00 | FA |
| 13 | FILES NECESSARY TO UPLOAD INFORMATION TO HOMELESS MANAGEMENT INFORMATION SYSTEM THIS INCLUDES: NAME/ BIRTHDATE/SOCIAL SECURITY NUMBERS/ HOMELESS STATUS AND SERVICES RECEIVED.. | Unknown | 0.00 | | 0.00 | FA |
| 14 | THE HANOVER INSURANCE GROUP; COVERAGE FOR DIRECTORS & OFFICERS AND ENTITY LIABILITY COVERAGE PART AND EMPLOYMENT PRACTICES LIABILITY COVERAGE PART. | Unknown | 0.00 | | 0.00 | FA |
| 15 | PHILADELPHIA INSURANCE COMPANIES: COMMERCIAL PROPERTY COVERAGE PART, COMMERCIAL GENERAL LIABILITY COVERAGE PART, COMMERCIAL INLAND MARINE COVERAGE PART, COMMERCIAL CRIME COVERAGE PART, COMMERCIAL AUTO COVERAGE PART, EMPLOYEE BENEFITS LIABILITY, SEXUAL/PHYSICAL ABUSE OR MOLESTATION LIABILITY AND PROFESSIONAL LIABILITY. | Unknown | 0.00 | | 0.00 | FA |
| 16 | RESTITUTION IN THE AMOUNT OF $1,499,668.00 AGAINST RICHARD HARTWICK, RETURN OF EMBEZZLED FUNDS. AMOUNT REQUESTED: $0.00 | 1,499,668.00 | 0.00 | | 0.00 | FA |
| 17 | CONSENT JUDGMENT PURSUANT TO SETTLEMENT AGREEMENT IN THE AMOUNT OF $500,000 (NAME NOT LISTED BECAUSE OF CONFIDENTIALITY CLAUSE), PROFESSIONAL MALPRACTICE. AMOUNT REQUESTED: $0.00<br>p/o 06/08/22 [docket #64] | 500,000.00 | 500,000.00 | | 2,500.00 | FA |
| 18 | THE TUSCOLA COUNTY COMMUNITY FOUNDATION ENDOWMENT FUND | 6,490.46 | 0.00 | | 0.00 | FA |
| 19 | THE SANILAC COUNTY COMMUNITY FOUNDATION ENDOWMENT FUND | 7,347.57 | 0.00 | | 0.00 | FA |
| 20 | FNBO credit balance (u) | 4,132.05 | 4,132.05 | | 4,132.05 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case No.:** 21-49270 MAR

**Case Name:** BLUE WATER CENTER FOR INDEPENDENT LIVING, INC.

**For Period Ending:** 09/30/2022

**Trustee Name:** (420180) K. Jin Lim

**Date Filed (f) or Converted (c):** 11/30/2021 (f)

**§ 341(a) Meeting Date:** 01/06/2022

**Claims Bar Date:** 04/11/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 21 | Priority Health premium refund (u) | 643.44 | 643.44 | | 643.44 | FA |
| 22 | City of Port Huron refund (u) | 138.34 | 138.34 | | 138.34 | FA |
| 23 | Refund from the City of Croswell (u) | 95.87 | 95.87 | | 95.87 | FA |
| 24 | Adv Pro 20-4085 vs Capital One (u)<br>p/o 10/19/22 | 725,000.00 | 725,000.00 | | 0.00 | 365,000.00 |
| **24** | **Assets Totals (Excluding unknown values)** | **$3,152,467.93** | **$1,339,847.36** | | **$117,272.36** | **$365,000.00** |

**Major Activities Affecting Case Closing:**

10/19/22 order entered; waiting for settlement funds

09/26/22 motion to compromise with Cap One in Adv Pro 20-4085 filed

06/08/22 order approving compromise with Whalen entered and funds received.

04/11/22 motion for Rule 2004 for multiple parties.

04/06/22 In the process of completing review of voluminous documents (12 bankers boxes, 2 computers, and substantial documents received electronically). Pursuing claims against transferees of embezzled funds.

01/10/22 investigate debtor's business affairs. so

**Initial Projected Date Of Final Report (TFR):** 12/29/2023

**Current Projected Date Of Final Report (TFR):** 12/29/2023

| 10/25/2022 | /s/K. Jin Lim |
|---|---|
| Date | K. Jin Lim |

# Form 2
## Cash Receipts And Disbursements Record

| Case No.: | 21-49270 MAR | Trustee Name: | K. Jin Lim (420180) |
|---|---|---|---|
| Case Name: | BLUE WATER CENTER FOR INDEPENDENT LIVING, INC. | Bank Name: | Metropolitan Commercial Bank |
| | | Account #: | ******2319 Checking |
| Taxpayer ID #: | **-***5837 | Blanket Bond (per case limit): | $2,000,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/04/22 | {20} | fnbo | credit balance on FNBO credit card account | 1229-000 | 4,132.05 | | 4,132.05 |
| 02/04/22 | {21} | Priority Health | refund of premium | 1229-000 | 643.44 | | 4,775.49 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 5.61 | 4,769.88 |
| 03/02/22 | {2} | Huntington National Bank | settlement payment p/o 01/05/22 | 1129-000 | 9,174.92 | | 13,944.80 |
| 03/07/22 | {1} | JP Morgan Chase Bank | turnover of funds from Chase Bank business acct 7118 | 1129-000 | 100,587.74 | | 114,532.54 |
| 03/09/22 | {22} | City of Port Huron | UB refund | 1229-000 | 138.34 | | 114,670.88 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 151.75 | 114,519.13 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 177.42 | 114,341.71 |
| 05/11/22 | 101 | Sandra O'Connor Law PLLC | first interim fees to Trustee's Attorney p/o 05/11/22 | 3210-000 | | 22,948.50 | 91,393.21 |
| 05/11/22 | 102 | Sandra O'Connor Law PLLC | first interim expenses to Trustee's Attorney p/o 05/11/22 | 3220-000 | | 171.50 | 91,221.71 |
| 05/13/22 | {17} | James Whalen | settlement payment p/o 06/08/22 | 1129-000 | 2,500.00 | | 93,721.71 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 165.56 | 93,556.15 |
| 06/01/22 | {23} | City of Croswell | City of Croswell refund | 1229-000 | 95.87 | | 93,652.02 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 165.11 | 93,486.91 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 144.84 | 93,342.07 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 164.56 | 93,177.51 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 149.33 | 93,028.18 |

|  | | | | | | |
|---|---|---|---|---|---|---|
| COLUMN TOTALS | | | | 117,272.36 | 24,244.18 | $93,028.18 |
| Less: Bank Transfers/CDs | | | | 0.00 | 0.00 | |
| Subtotal | | | | 117,272.36 | 24,244.18 | |
| Less: Payments to Debtors | | | | | 0.00 | |
| NET Receipts / Disbursements | | | | $117,272.36 | $24,244.18 | |

{ } Asset Reference(s)                                                                                          ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 21-49270 MAR |
| **Case Name:** | BLUE WATER CENTER FOR INDEPENDENT LIVING, INC. |
| **Taxpayer ID #:** | **-***5837 |
| **For Period Ending:** | 09/30/2022 |

| | |
|---|---|
| **Trustee Name:** | K. Jin Lim (420180) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******2319 Checking |
| **Blanket Bond (per case limit):** | $2,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******2319 Checking | $117,272.36 | $24,244.18 | $93,028.18 |
| | **$117,272.36** | **$24,244.18** | **$93,028.18** |

| | |
|---|---|
| 10/25/2022 | /s/K. Jin Lim |
| Date | K. Jin Lim |